IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

v.

SHEMIYA L. GAMMONS
                 Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Criminal No. 7:22-CR- 434 (ATB)
Vio:   18 USC §§ 7, 13
NYAG&MKTL § 353

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### THE COUNT

On or about October 19, 2022, in the Northern District of New York, within the special maritime and territorial jurisdiction of the United States, that is, Fort Drum, New York, the Defendant

**SHEMIYA L. GAMMONS**

did knowingly deprive an animal of necessary sustenance, food or drink, or neglect or refuse to furnish it such sustenance or drink.

All in violation of Title 18, United States Code, Sections 7 and 13 and New York State Agriculture and Markets Law § 353, Failing to Provide Proper Sustenance.

CARLA FREEDMAN
United States Attorney

By: *[signature]*
STEWART A. MILLER
Special Assistant U.S. Attorney